UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINA MARIE RICH,

    Plaintiff,

v.							Case No. 1:12-cv-255
							Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated:  September 23, 2013			/s/ Hugh W. Brenneman, Jr.
							HUGH W. BRENNEMAN, JR.
							United States Magistrate Judge